## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV3912                      Assigned/Issued By: J. N.

Judge Name: KENNELLY                       Designated Magistrate Judge: MASON

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____                 Receipt #: 2920287_____

Date Payment Rec'd: 7-9-08_____       Fiscal Clerk: J. N._____

---

### ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
                                           *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets              ☐ Other

☐ Writ _____                  _____
    *(Type of Writ)*                       _____
                                           *(Type of issuance)*

1 Original and 0 copies on 7-9-08 as to DEFENDANT
                      *(Date)*