AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

JAMES T. SULLIVAN, not individually but
as Trustee of PLUMBERS' PENSION FUND,
LOCAL 130, U.A., etc., et al.,

                Plaintiffs,

                V.

HERMAN C. SIEVERS, INC.,

                Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   08CV3912

ASSIGNED JUDGE:   JUDGE KENNELLY
                       MAG. JUDGE MASON

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
Herman C. Sievers, Inc.
c/o Donald P. Bailey, Its Registered Agent
10729 W. 159th St.
Orland Park, IL 60467

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Douglas A. Lindsay
John W. Loseman
Lisa M. Simioni
Brian T. Bedinghaus
Lewis, Overbeck & Furman, LLP
20 N. Clark St., Suite 3200
Chicago, IL 60602-5093

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

July 9, 2008
_____
Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | July 15'th, 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Philip P. Ducar | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

XXX Other (specify):  Personally handed the Summons and the Complaint to Ms. Nancy Fortier, at the office of Attorney Donald P. Bailey, the Registered Agent for the defendant, Herman C. Sievers, Inc. Service was effected at the business office of Attorney Donald Bailey, at 10729 W. 159th Street, in Orland Park, Ill., at the hour of 12:30 p.m., on July 15'th, 2008.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 15'th, 2008      *Signature of Server*
          Date

Post Office Box # 911
Tinley Park, Illinois 60477

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.