# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3912 | **DATE** | 8/15/2008 |
| **CASE TITLE** | Sullivan vs. Herman C Sievers, Inc. | | |

**DOCKET ENTRY TEXT**

The case is set for an initial status hearing on 10/9/09 at 9:30 a.m. Plaintiff's attorney is directed to advise defendant of the status hearing date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|