Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3912 | **DATE** | 8/15/2008 |
| **CASE TITLE** | Sullivan vs. Herman C Sievers, Inc. | | |

**DOCKET ENTRY TEXT**

Order entered this date is modified to state that the case is set for an initial status hearing on 10/9/08 at 9:30 a.m.  Plaintiff's attorney is directed to advise defendant of the status hearing date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|

08C3912 Sullivan vs. Herman C Sievers, Inc.    Page 1 of 1