09-02-08DAL138711                                                                LIT-4722

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 3912 |
| v. | ) | Judge Kennelly |
| | ) | |
| HERMAN C. SIEVERS, INC., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiffs file this Notice of Dismissal pursuant to Fed.R.Civ.P.41(a)(1).

                                           JAMES T. SULLIVAN, etc., et al., by their
                                           attorneys, DOUGLAS A. LINDSAY,
                                           JOHN W. LOSEMAN, and BRIAN T.
                                           BEDINGHAUS

                                 By:    s/Douglas A. Lindsay
                                           Douglas A. Lindsay
                                           20 North Clark Street
                                           Suite 3200
                                           Chicago, IL 60602-4187
                                           312-580-1251

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 NORTH CLARK STREET
SUITE 3200
CHICAGO, IL 60602-4187
312-580-1200